UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT L. CROGAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CMFG LIFE INSURANCE COMPANY and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | Case No.: ED CV 18-2650-DMG (KKx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [28]** |

　　　Pursuant to the parties' stipulation for dismissal of the entire action with prejudice under Fed. R. Civ. P. 41(a), and good cause appearing,

　　　IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, in its entirety. The parties shall bear their own attorneys' fees and costs.

DATED: November 6, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

– 1 –